UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COONS, Jr., <br><br> Plaintiff, <br><br> v. <br><br> C.D.C.R, <br><br> Defendant. | Case No. 2:20-cv-01813-JDP (PC) <br><br> ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM <br><br> RESPONSE DUE WITHIN TWENTY-ONE DAYS |

  On November 23, 2020, the court screened plaintiff's first amended complaint and notified plaintiff that it failed to state a claim. ECF No. 12. Plaintiff was granted sixty days to file an amended complaint. *Id*. To date, plaintiff has not filed a second amended complaint.

  To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and to avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to file an amended complaint. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to state a claim. Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, a second amended complaint.

IT IS SO ORDERED.

Dated:   February 22, 2021                  _____

                                                                           JEREMY D. PETERSON
                                                                           UNITED STATES MAGISTRATE JUDGE