UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COONS, Jr., | Case No. 2:20-cv-01813-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM |
| v. | |
| C.D.C.R., | |
| Defendant. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On November 23, 2020, the court screened plaintiff's first amended complaint and notified plaintiff that the complaint failed to state a claim. ECF No. 12. Plaintiff was granted sixty days to file an amended complaint, but he did not do so. Accordingly, on February 22, 2021, he was ordered to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to state a claim. ECF No. 13. Plaintiff was notified that if he wished to continue with this lawsuit, he must file an amended complaint. He was also warned that failure to comply with the February 22 order would result in a recommendation that this action be dismissed.

1

1    The deadline has passed, and plaintiff has not filed an amended complaint nor otherwise responded to the February 22, 2021 order.  Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the November 23, 2020 order. *See* ECF No. 12.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   April 23, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2