# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COONS, Jr., | No. 2:20-cv-01813-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| C.D.C.R., | |
| Defendant. | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 26, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 26, 2021, are adopted in full;

2. This action is dismissed for failure to prosecute and failure to state a claim for the

1

1 | reasons set forth in the November 23, 2020 order;
2 |     3. The Clerk of Court is directed to close the case.
3 | Dated: July 6, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE